IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD ALAN GOFORTH,

   Appellant,

v.
          Case No. 5D22-2681
          LT Case No. 2022-301375-CFDB

STATE OF FLORIDA,

   Appellee.
_____/

Decision filed March 21, 2023

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Matthew J. Metz, Public Defender,
and George D.E. Burden, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

LAMBERT, C.J., JAY and MACIVER, JJ., concur.